**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIONA SMILEY, | Case No. 3:14-cv-01651 NC |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING** |
| v. | |
| JP MORGAN CHASE, et al., | |
| Defendants. | |

The Court has not received an opposition to defendants' motion to dismiss the First Amended Complaint, Dkt. No. 20 filed September 10, 2014. Plaintiff Smiley must file an opposition by October 22, 2014, or the Court will dismiss this case. The October 15 hearing is continued to November 5, 2014, 1:00 p.m., Courtroom A, 15th Floor, San Francisco.

**IT IS SO ORDERED.**

Dated: October 9, 2014

NATHANAEL COUSINS
United States Magistrate Judge