UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIONA L. SMILEY,<br><br>             Plaintiff,<br><br>        v.<br><br>JP MORGAN CHASE, et al.,<br><br>             Defendants. | Case No. 14-cv-01651-NC<br><br>**ORDER REGARDING *EX PARTE* COMMUNICATIONS** |

This Court has received *ex parte* communications from plaintiff Kiona L. Smiley. As a general matter, the local rules prohibit *ex parte* communications and provide that "an attorney or party to an action must refrain from making telephone calls or writing letters or sending copies of communications between counsel to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel." Civ. L.R. 11-4(c). Any written request to the Court for an order must be presented by filing a proper motion or stipulation. See Civ. L.R. 7-1(a). The Court therefore strikes the improper communications.

IT IS SO ORDERED.

Dated: January 22, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

14-cv-01651 NC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIONA L. SMILEY,<br><br>      Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE, et al.,<br><br>      Defendants. | Case No. 14-cv-01651-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/22/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kiona L. Smiley
9837 Milan Dr
Stockton, CA 95212


Dated: 1/22/2015

                                                Richard W. Wieking
                                                Clerk, United States District Court


                                                By:_____
                                                Lili Harrell, Deputy Clerk to the
                                                Honorable NATHANAEL M. COUSINS