UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIONA L. SMILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE, et al.,<br><br>        Defendants. | Case No. 14-cv-01651-NC<br><br>**ORDER RE: LEAVE TO AMEND**<br><br>Re: Dkt. No. 32 |

On February 3, 2015, pro se plaintiff Kiona L. Smiley filed a "request to postpone" the Court's order granting JPMorgan's motion to dismiss "to allow Plaintiff to get help from the Legal Help Center." In that order, the Court gave Smiley until February 4 to seek leave to amend her complaint.

To the extent Smiley asks for more time to seek leave to amend, the Court grants her request. The Court will give Smiley until March 3, 2015, to seek leave to amend her complaint in accordance with the Court's prior order. *See* Dkt. No. 30.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

3:14-cv-01651 NC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIONA L. SMILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE, et al.,<br><br>　　　　Defendants. | Case No.   14-cv-01651-NC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 2/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kiona L. Smiley
9837 Milan Dr
Stockton, CA 95212

Via email:  n.a.b.inc88@gmail.com

Dated: 2/5/2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____*Lili M Harrell*_____
　　　　　　　　　　　　　　　　　　　　Lili Harrell, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable NATHANAEL M. COUSINS

2